# U.S. District Court
# Eastern District of California – Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:08–cv–01461–GGH

(HC) Hunter v. Tilton et al  
Assigned to: Magistrate Judge Gregory G. Hollows  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/25/2008  
Date Terminated: 07/25/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Wesley W. Hunter**    represented by    **Wesley W. Hunter**  
K–83465  
California State Prison, Sacramento  
P.O. Box 29002  
Represa, CA 95671  
PRO SE

V.

**Respondent**

**James Tilton**  
*CDCR Secretary*

**Respondent**

**The Attorney General of the State of California**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/25/2008 | Ï 1 | PETITION for WRIT of HABEAS CORPUS by Wesley W. Hunter. [MAINTAINED ON PAPER].(Mena–Sanchez, L) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 2 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 7/29/2008 (Attachments: # 1 Order Re Consent) (Mena–Sanchez, L) (Entered: 06/26/2008) |
| 06/26/2008 | Ï | SERVICE BY MAIL: 2 Prisoner New Case Documents for Magistrate Judge as Presider served on Wesley W. Hunter. (Mena–Sanchez, L) (Entered: 06/26/2008) |
| 07/08/2008 | Ï 3 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Wesley W. Hunter. (Anderson, J) (Entered: 07/09/2008) |
| 07/25/2008 | Ï 4 | ORDER of CASE TRANSFERRED to the Southern District of California signed by Magistrate Judge Gregory G. Hollows on 7/25/08: This court has not directed petitioner to file an application to proceed in forma pauperis or to pay the filing fee. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Kaminski, H) (Entered: 07/25/2008) |

| | | | |
|---|---|---|---|
| 07/25/2008 | | Ï | SERVICE BY MAIL: 4 Order, served on Wesley W. Hunter. (Kaminski, H) (Entered: 07/25/2008) |